UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | ) |
| | ) CASE NO. 15-18886-RAM |
| Rafael Brito, Jr. | ) |
| | ) JUDGE Robert A Mark |
| and | ) |
| | ) |
| Victoria Brito | |
| | |
| Debtors. | |

**LAKEVIEW LOAN SERVICING, LLC NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor Lakeview Loan Servicing, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 6 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 05/01/2020 through 10/01/2020. Creditor holds a secured interest in real property commonly known as 14261 SW 121ST PLACE #1, MIAMI, Florida 33186 as evidenced by claim number 9-1 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 11/01/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Christopher P. Salamone
Christopher P. Salamone, Esquire
Florida Bar Number 75951
Email: csalamone@rasflaw.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on this 1st day of June 2020:

**Rafael Brito, Jr.**
**PO Box 348373**
**Miami, FL 33234**

**Victoria Brito**
**PO Box 348373**
**Miami, FL 33234**

And via electronic mail to:

**Ricardo Corona, Esq.**
**3899 NW 7 St, Second Floor**
**Miami, FL 33126**

**Nancy K. Neidich**
**POB 279806**
**Miramar, FL 33027**

**U.S. Trustee**
**Office of the US Trustee**
**51 S.W. 1st Ave. Suite 1204**
**Miami, FL 33130**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Christopher P. Salamone
Christopher P. Salamone, Esquire
Florida Bar Number 75951
Email: csalamone@rasflaw.com